UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE FROST,<br><br>        Plaintiffs,<br><br>  -against-<br><br>NYC MTA; CITY OF NEW YORK (HRA)**,**<br><br>        Defendants. | 19-CV-9691 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 15, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: November 15, 2019
    New York, New York

                       COLLEEN McMAHON
                       Chief United States District Judge